NEW ENGLAND R. CO. v. HYDE.

(Circuit Court of Appeals, First Circuit. April 25, 1900.)

No. 323.

RAILROADS—INJURIES TO PERSONS AT STATIONS—ACTION FOR DAMAGES.

The duty of a station agent to the public about the station grounds is not necessarily limited by the rules prescribed by the company, but is measured by the requirements of the law, and whether such duty was performed under the circumstances of a particular case where a person received an injury on such grounds is a question of fact for the jury.

In Error to the Circuit Court of the United States for the District of Massachusetts.

Frank A. Farnham, for plaintiff in error.
Donald G. Perkins, for defendant in error.

Before COLT, Circuit Judge, and WEBB and ALDRICH, District Judges.

PER CURIAM. Rules promulgated by a railroad company do not necessarily limit the duty of a station agent towards the public about the station grounds to what is prescribed therein, nor do they necessarily fully describe the duties which the law imposes upon the agents of the corporation at the railway station. In the presence of danger like that in question, the law requires reasonable conduct and reasonable action under the existing circumstances of the particular case. Whether the conduct and action were reasonable and in accordance with duty, or unreasonable and culpable, under the particular circumstances of a case like this, are ques-

tions of fact.  The questions of fact relating to the situation, which involved, of course, the conduct of the child, the conduct of the station agent, and the conduct of the servants of the corporation in charge of the train, were submitted to the jury under proper instructions.  Judgment of circuit court affirmed, with costs.